## TOLER *v.* THE STATE.

SIMMONS, C. J. No error of law was committed, and the verdict was sustained by the evidence. *Judgment affirmed. All the Justices concurring.*

Submitted March 6, — Decided March 15, 1899.

Indictment for burglary. Before Judge Smith. Irwin superior court. October term, 1898.

*John R. Cooper*, for plaintiff in error.
*John F. DeLacy, solicitor-general*, contra.

---

## JOHNSON *v.* THE STATE.

LITTLE, J. The necessary absence, in attendance on a superior court, of an attorney who represented the accused being tried in a city court, is no ground for continuance of the latter case, when it appears that the leading counsel of the accused on trial in the city court was present and conducted the defense. *Judgment affirmed. All the Justices concurring.*

Submitted March 6, — Decided March 15, 1899.

Indictment for gaming. Before Judge Nottingham. City court of Macon. January 25, 1899.

*Hardeman & Moore* and *M. G. Bayne*, for plaintiff in error.
*Robert Hodges, solicitor-general*, contra.